JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DONALD F. HANSEN, II, AKA<br>DONALD FEDERICK HANSEN,<br><br>　　　　　Defendant | No. 2:14-cv-1964<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Donald F. Hansen, II, aka Donald Federick Hansen, in the principal amount of $8,613.05 plus interest accrued to March 14, 2014, in the sum of $12,728.05; with interest accruing thereafter at $1.75 daily until entry of judgment, for a total amount of $<u>21,341.10</u>.

DATED: 4/17/14　　　　　By: _____
　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　TERRY NAFISI
　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　United States District Court